**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

**DAMON LUTHER MAULDIN**                                              **PLAINTIFF**

v.                                                      **CAUSE NO. 1:14CV54-LG-JCG**

**CORRECTIONAL MEDICAL ASSOCIATES
and HARRISON COUNTY, MISSISSIPPI**                        **DEFENDANTS**

**JUDGMENT**

This matter having come on to be heard on the Report and Recommendation [29] entered by United States Magistrate Judge John C. Gargiulo, the Court, after a full review and consideration of the Report and Recommendation, the pleadings on file, and the relevant legal authority, finds that in accord with the Order entered herewith,

**IT IS ORDERED AND ADJUDGED** that the Report and Recommendation [29] entered by United States Magistrate Judge John C. Gargiulo, be, and the same hereby is, **ADOPTED** as the finding of this Court. The plaintiff's lawsuit is hereby **DISMISSED** pursuant to Fed. R. Civ. P. 41(b).

**SO ORDERED AND ADJUDGED** this the 7th day of August, 2015.

                                                                  s/ *Louis Guirola, Jr.*
                                                                   LOUIS GUIROLA, JR.
                                                                   CHIEF U.S. DISTRICT JUDGE